UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

RICHARD B. EHRIE, JR.
MEREDITH R. EHRIE

Case No. 11-01732-BKC-3G7

        Debtor(s).

### TRUSTEE'S NOTICE OF INTENT TO SELL AT PRIVATE SALE

#### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Ste. 3-350, Jacksonville, Florida 32202, serve a copy on the movant's attorney at his address indicated below and a copy to the U.S. Trustee, 135 West Central Blvd., #620 Orlando, Florida 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

    The trustee gives notice that he intends to sell the following property of the bankruptcy estate: 2003 Chevrolet Venture, VIN - 1GNDX03EX3D307149, for the total sum of $1,200.00, which has now been paid in full to the trustee. The sale is as is with all faults. There are no warranties, either express or implied. The sales price is related to the values on the schedules less available exemptions. The property is not subject to a lien. The purchasers are the debtors. There are no negative tax consequences. The trustee believes that selling to the debtors will net more for the estate than by selling to third parties because it saves the costs of transport, storage and liquidation, e.g., auctioneer's fees.

    The trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth above and/or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time within which parties may object to the proposed sale, will entertain any higher bids for the purchase of the asset(s) being sold. Such bids must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than twenty one (21) days from the date of this notice. Should a higher bid be received, the trustee will conduct a telephone auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated October 19, 2011.

                                              /s/ Gregory K. Crews
                                              GREGORY K. CREWS, Trustee
                                              8584 Arlington Expressway
                                              Jacksonville, Florida 32211
                                              (904) 354-1750
                                              Florida Bar No. 172772

Mailed to creditors and parties in interest on October 19, 2011.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**RICHARD B. EHRIE, JR.**
**MEREDITH R. EHRIE**

Case No. **11-01732-BKC-3G7**

_____Debtor(s)._____

**CERTIFICATE OF SERVICE OF TRUSTEE'S**
**NOTICE OF INTENT TO SELL AT PRIVATE SALE**

I certify, under penalty of perjury, that on October 19, 2011, a copy of Trustee's Notice of Intent to Sell at Private was mailed by using the CM/ECF system which will send a notice of the electronic filing to CM/ECF participants and that I mailed a copy of it by first class mail to non-CM/ECF participants as listed on the attached matrix.

/s/ Gregory K. Crews
Gregory K. Crews, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750

```
Label Matrix for local noticing          American Express                        American Express Centurion Bank
113A-3                                   P.O. Box 360002                         c o Becket and Lee LLP
Case 3:11-bk-01732-PMG                   Ft. Lauderdale, FL 33336-0002           POB 3001
Middle District of Florida                                                       Malvern, PA 19355-0701
Jacksonville
Wed Oct 19 10:56:47 EDT 2011

American InfoSource LP as agent for      Associated Recovery                     Peter C. Blinn
Target                                   P.O. Box 469046                         1800 SE 17th Street, Bldg. 400
PO Box 248866                            Escondido, CA 92046-9046                Ocala, FL 34471-4146
Oklahoma City, OK 73124-8866


Campus Federal CU                        Campus USA Credit Union (PS)            Capital One
P.O. Box 147029                          P O Box 147029                          P.O. Box 71083
Gainesville, FL 32614-7029               Gainesville, FL 32614-7029              Charlotte, NC 28272-1083


Capital One Bank (USA), N.A.             Chase Bank USA, N.A.                    CitiFinancial
by American InfoSource LP as agent       PO Box 15145                            715 North 14th Street
PO Box 248839                            Wilmington, DE 19850-5145               Ste A
Oklahoma City, OK 73124-8839                                                     Leesburg, FL 34748-4260


Citifinancial                            Collection Information                  Gregory K. Crews
P.O. Box 70918                           P.O. Box 1467                           8584 Arlington Expressway
Charlotte, NC 28272-0918                 Lake Worth, FL 33460-1467               Jacksonville, FL 32211-8003


Direct TV                                Meredith R. Ehrie                       Richard B. Ehrie Jr.
P.O. Box 78627                           10175 SE Sunset Harbor Road             10175 SE Sunset Harbor Road
Phoenix, AZ 85062-8627                   Summerfield, FL 34491-4667              Summerfield, FL 34491-4667


Etheredge Chiropractic                   Florida Dept of Labor and Security      Florida Dept of Revenue
3261 US Hwy 27/441                       Hartman Building, Suite 307             P.O. Box 6668
Fruitland Park, FL 34731                 2012 Capital Circle, Southeast          Tallahassee, FL 32314-6668
                                         Tallahassee, FL 32399-6583


Florida Dept. of Revenue                 Freedom Mortgage                        GC Servcies
Bankruptcy Unit                          c/o Florida Default Law                 6330 Gulfton
P.O. Box 6668                            P.O. Box 25018                          Houston, TX 77081-1108
Tallahassee, FL 32314-6668               Tampa, FL 33622-5018


GE Money Bank                            GE Money Bank                           GE Money Bank
Attn: Ramesh Singh                       P.O. Box 960061                         c/o Recovery Management Systems Corporat
c/o Recovery Management Systems Corp     Orlando, FL 32891-0001                  25 SE 2nd Ave Suite 1120
25 SE 2nd Ave, Suite 1120                                                        Miami FL 33131-1605
Miami, FL 33131-1605


IRS                                      John C. Englehardt PA                   Lake Medical Imaging
Centralized Insolvency Operations        1524 E. Livingston St.                  801 E Dixie Ave
P.O. Box 7346                            Orlando, FL 32803-5495                  Suite 104
Philadelphia, PA 19101-7346                                                      Leesburg, FL 34748-7601
```

| | | |
|---|---|---|
| Leesburg Regional Med Ct<br>P.O. Box 850001<br>Orlando, FL 32885-0001 | Marion County Tax Collector<br>P.O. Box 970<br>Ocala FL 34478-0970 | Midland Mortgage<br>P.O. Box 26648<br>Oklahoma City, OK 73126-0648 |
| Mitchell N. Kay, Esq.<br>7 Penn Plaza<br>Ste 1500<br>New York, NY 10001-3967 | Phoenix Emergency<br>P.O. Box 934952<br>Atlanta, GA 31193-4952 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Sears<br>P.O. Box 183082<br>Columbus, OH 43218-3082 | Spruce Creek Podiatry<br>17820 SE 109th Ave<br>Ste 102<br>Summerfield, FL 34491-8968 | Target<br>P.O. Box 660170<br>Dallas, TX 75266-0170 |
| United States Trustee<br>135 W Central Blvd, Suite 620<br>Orlando, FL 32801-2440 | United States Trustee - JAX 7<br>135 W Central Blvd Suite 620<br>Orlando, FL 32801-2440 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Paul M. Glenn
Jacksonville

End of Label Matrix
Mailable recipients    40
Bypassed recipients     1
Total                  41